# UNITED STATES COURT OF APPEALS
# FOR THE ELEVENTH CIRCUIT

ELBERT PARR TUTTLE COURT OF APPEALS BUILDING
56 Forsyth Street, N.W.
Atlanta, Georgia 30303

David J. Smith
Clerk of Court

For rules and forms visit
www.ca11.uscourts.gov

October 05, 2022

Clerk - Middle District of Florida
U.S. District Court
300 N HOGAN ST
JACKSONVILLE, FL 32202

Appeal Number: 22-12469-F
Case Style: Joshua Franklin v. Governor of the State of Florida, et al
District Court Docket No: 3:22-cv-00687-BJD-LLL

The enclosed copy of the Clerk's Order of Dismissal for failure to prosecute in the above referenced appeal is issued as the mandate of this court. See 11th Cir. R. 41-4.

Sincerely,

DAVID J. SMITH, Clerk of Court

Reply to: RGillis
Phone #: (404) 335-6135

Enclosure(s)

PLRADSM Clerks entry dismissal PLRA

IN THE UNITED STATES COURT OF APPEALS
FOR THE ELEVENTH CIRCUIT

_____

No. 22-12469-F

_____

JOSHUA D. FRANKLIN,

                                        Plaintiff - Appellant,

versus

GOVERNOR OF STATE OF FLORIDA,
JOHN OR JANE DOE I,
President of Garrison, Incorporated (Manufacturer of Machine),
JOHN OR JANE DOE II,
Director at Leon County Jail,
SHERRIFF OF LEON COUNTY,

                                        Defendants - Appellees.

_____

Appeal from the United States District Court
for the Middle District of Florida

_____

ORDER: Pursuant to the 11th Cir. R. 42-1(b), this appeal is DISMISSED for want of prosecution because the Appellant Joshua Franklin failed to pay the filing and docketing fees (or file a motion in the district court for relief from the obligation to pay in advance the full fee) to the district court within the time fixed by the rules and because the appellant Joshua Franklin failed to comply with the rules on Certificates of Interested Persons and Corporate Disclosure Statements within the time fixed by the rules.

Effective October 05, 2022.

                                  DAVID J. SMITH
Clerk of Court of the United States Court
of Appeals for the Eleventh Circuit

                                                FOR THE COURT - BY DIRECTION